


IN THE U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Edith McCurry
Plaintiff

                                          Case No. 19 CV 04067

      v.

                                          Judge Sharon Johnson-Coleman

Kenco Logistics
Defendant

## DOCKETING STATEMENT

Pursuant to Seventh Circuit Rule 3(c), Appellant Edith McCurry, respectfully submits the following:

    A.    Subject matter jurisdiction was properly exercised by the District Court under 28 U.S.C. Section(s) 1331, 1343 (a) (3). 1367, 1391, 2201 & 2202. This action arose under ERISA, Title VII, 42 USC, Section(s) 1981, 1981(a), and 1988; 42 USC 2000 e-(3) & (5); 29 USC 1132; Plaintiff is a citizen of the State of Illinois and the Defendant is a corporation.

    B.    The Court of Appeals has jurisdiction in this matter under 28 U.S.C. §1291.

C. On January 21, 2022, a final order was entered granting Defendant's summary judgment. There are not any other claims remaining before the District Court. There are not any other motions or orders that have since been entered.

D. There are not prior related appellate proceedings in this matter. There is not prior litigation in the district court that is being appealed.

E. The notice of appeal was filed on February 19, 2022.

Submitted: February 28, 2022

*Edith McCurry*

Pro se
EDIT H MCCURRY
6239 South 13110 East Rd.
Pembroke Township, IL
60958 815-735-4281

# CERTIFICATE OF SERVICE

I, the undersigned, Edith McCurry, hereby certify that on, February 28, 2022, I submitted a copy of the foregoing **DOCKETING STATEMENT** with the **CLERK OF THE COURT** to be electronically filed with the Seventh Circuit of Appeals and the Northern District of Illinois Eastern Division in the foregoing matter of Case No. 19-cv-04067 and have served the persons identified on the docket's service list through Notice of Electronic Filing generated by the Court's CM/ECF system.

Pro Se *Edith McCurry*

EDITH MCCURRY
6239 South 13110 East Rd.
Pembroke Township, IL 60958 815-735-4281