# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## INSTANTER ORDER

April 7, 2022

*By the Court*:

| No. 22-1273 | EDITH MCCURRY, <br> Plaintiff - Appellant <br><br> v. <br><br> KENCO LOGISTIC SERVICES, LLC, <br> Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:19-cv-04067 <br> Northern District of Illinois, Eastern Division <br> District Judge Sharon Johnson Coleman ||

Upon consideration of the **MOTION TO FILE APPELLANT'S OPENING BRIEF LATE**, filed on April 6, 2022, by the pro se appellant,

**IT IS ORDERED** that the motion is **GRANTED**. The clerk of this court shall file **INSTANTER** the tendered copies of the Appellant's brief. The remainder of briefing shall proceed as follows:

1. The brief of the appellee is due by May 9, 2022.
2. The reply brief of the appellant, if any, is due by May 31, 2022.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_InstanterOrderFiled**   (form ID: **123**)