# UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| EDITH MCCURRY, | U.S.C.A. – 7th Circuit<br>RECEIVED<br>APR 07 2022 |
| Plaintiff-Appellant, | |
| V. | No. 22-1273 |
| KENCO et.al, | |
| Defendant-Appellee | |

## MOTION FOR EXTENSION TO FILE APPELLANT'S OPENING BRIEF

Now comes Plaintiff-Appellant, Edith McCurry, requests a brief extension of Court to file her Opening Brief. In further support of this Motion, Appellant states as follows:

1. Plaintiff-Appellant Opening Brief was due on April 4, 2022.

2. Plaintiff-Appellant ran into unforeseen formatting/technical issues.

3. Plaintiff-Appellant discovered that she is not clear where to efile either.

4. Plaintiff-Appellant would like to Wednesday April 6, 2022 to file.

5. The good cause for this late filing was the result of unforeseen difficulties and not for any other reason.

WHEREFORE, Plaintiff-Appellant, Edith McCurry, respectfully requests an order of this Court permitting it to file her Opening Brief

Dated: April 4, 2022

                                      Respectfully submitted
                                      **EDITH MCCURRY**

                                      *Edith McCurry*
                                      6239 S. 13110 E. Rd
                                      Pembroke Twp, IL, 60958
                                      Emccurry1@gmail.com

## CERTIFICATE OF SERVICE

I, Edith McCurry, hereby certify that on April 4, 2023 I submitted a copy of **MOTION FOR EXTENSION TO FILE APPELLANT'S OPENING BRIEF certified** *Mail to the parties of record*:

Jackson Lewis PC
150 N. Michigan Ave, Suite 2500
Chicago, IL 60601
Attn: Julia Argentieri & Jody Moran

    Respectfully submitted,
**EDITH MCCURRY**
6239 S. 13110 East Rd.,
Pembroke, IL 60958
Email: emccurry1@gmail.com