# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

April 8, 2022

*By the Court:*

| No. 22-1273 | EDITH MCCURRY,<br>　　　　　Plaintiff - Appellant<br><br>v.<br><br>KENCO LOGISTIC SERVICES, LLC,<br>　　　　　Defendant - Appellee |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:19-cv-04067<br>Northern District of Illinois, Eastern Division<br>District Judge Sharon Johnson Coleman | |

Upon consideration of the **MOTION FOR EXTENSION TO FILE APPELLANT'S OPENING BRIEF**, filed on April 7, 2022, by the pro se appellant.

In light of this court's order dated April 7, 2022, directing the clerk to file the appellant's brief instanter, it is unnecessary to rule on this motion.