# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

EDITH MCCURRY,

Plaintiff-Appellant,

V.

No. 22-1273

KENCO et.al,

Defendant-Appellee

U.S.C.A. – 7th Circuit
RECEIVED

MAY 3 1 2022 SK

## MOTION FOR EXTENSION TO FILE APPELLANT'S REPLY BRIEF

Now comes Plaintiff-Appellant, Edith McCurry, requests a brief extension of Court to file her Reply Brief. In further support of this Motion, Appellant states as follows:

Plaintiff-Appellant Reply Brief is due today May 31, 2022. Plaintiff-Appellant had a previously scheduled medical procedure done last week that interfered with her completing the Reply Brief timely. The good cause for this late filing is due to unforeseen complications and aftereffects of the medications and not for any other reason.

Plaintiff-Appellant requests until June 8, 2022, to file her Reply Brief.

WHEREFORE, Plaintiff-Appellant, Edith McCurry, respectfully requests an order of this Court extending the time for her submit her Reply Brief until June 8, 2022.

Dated: May 31, 2022

Respectfully submitted

*Edith McCurry*
EDITH MCCURRY

## CERTIFICATE OF SERVICE

I, Edith McCurry, hereby certify that on May 31, 2022 I submitted a copy of MOTION FOR EXTENSION TO FILE APPELLANT'S REPLY BRIEF to the parties of record:

> Jackson Lewis PC
> 150 N. Michigan Ave, Suite 2500
> Chicago, IL 60601
> Attn: Julia Argentieri & Jody Moran

> Respectfully submitted,
> EDITH MCCURRY
> 6239 S. 13110 East Rd., Pembroke, IL 60958
> Email: emccurry1@gmail.com