# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

June 1, 2022

*By the Court:*

|  | EDITH MCCURRY, <br> Plaintiff - Appellant |
|---|---|
| No. 22-1273 | v. |
|  | KENCO LOGISTIC SERVICES, LLC, <br> Defendant - Appellee |
| **Originating Case Information:** ||
| District Court No: 1:19-cv-04067 <br> Northern District of Illinois, Eastern Division <br> District Judge Sharon Johnson Coleman ||

Upon consideration of the **MOTION TO EXTEND TIME**, filed on May 31, 2022, by the pro se appellant,

**IT IS ORDERED** that the motion is **GRANTED** and the reply brief of the appellant, if any, is due by June 8, 2022.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**    (form ID: **178**)